*In re* HÉCTOR SANTIAGO CASANOVA, querellado.

Número: CP-88-557    Resuelto: 21 de octubre de 1988

*Norma Cotti Cruz, Subprocuradora General,* y *Eliadís Orsini Zayas, Procuradora General Auxiliar,* abogadas de El Pueblo.

PER CURIAM: El Lic. Héctor Santiago Casanova fue admitido al ejercicio de la abogacía el 9 de enero de 1970 y admitido a ejercer la notaría el 6 de febrero de 1970.

Mediante querella presentada por el Procurador General el 5 de octubre de 1988, se solicita la separación permanente del referido abogado tanto del ejercicio de la abogacía como del notariado. La querella se fundamenta en que el licenciado Santiago Casanova fue acusado y convicto, luego de hacer alegación de culpabilidad, de violar los Arts. 403(b), 404 y 406 de la Ley de Sustancias Controladas de Puerto Rico, 24 L.P.R.A. secs. 2403(b), 2404 y 2406. Nos acompaña copia certificada de las sentencias dictadas.

Considerada la naturaleza de dichas convicciones, y en virtud de la Sec. 9 de la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735) y de nuestra facultad inherente para reglamentar la profesión de abogado, *ordenamos la separa-*

*ción inmediata del querellado del ejercicio de la abogacía y del notariado, y que su nombre sea borrado del Registro de Abogados autorizados a ejercer en esta jurisdicción. In re Pérez Reilly, 120 D.P.R. 517 (1988); In re Malavé Ortiz, 119 D.P.R. 492 (1987); In re Zamot Pérez, 119 D.P.R. 58 (1987); In re Boscio Monllor, 116 D.P.R. 692 (1985).*

*Copia de la querella y de la presente será notificada al querellado Héctor Santiago Casanova.*

*El Alguacil General de este Tribunal se incautará de los protocolos y registros de afidávit y los entregará al Director de la Oficina de Inspección de Notarías para que sean examinados y oportunamente nos informe el resultado de dicha gestión.*

El Juez Asociado Señor Ortiz no intervino.